FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 6:13 pm, Sep 04, 2025

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: 6:25cr-15 |
| | ) | |
| v. | ) | 18 U.S.C. § 371 |
| | ) | Conspiracy |
| MARCIAL DIAZ SANCHEZ, | ) | |
| ISAIAH JOSEPH JAIMES, | ) | 18 U.S.C. § 2312 |
| and | ) | Interstate Transportation of |
| RENE ARMANDO REYES VELASQUEZ | ) | Stolen Motor Vehicle |
| | ) | |
| | ) | 18 U.S.C. § 2313 |
| | ) | Possession of Stolen Motor |
| | ) | Vehicle |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Conspiracy*
18 U.S.C. § 371

Beginning on or about May 18, 2024, and continuing to on or about November 15, 2024, in Jenkins County in the Southern District of Georgia, and elsewhere, the Defendants,

**MARCIAL DIAZ SANCHEZ,
ISAIAH JOSEPH JAIMES,
and
RENE ARMANDO REYES VELASQUEZ,**

and others known and unknown to the Grand Jury, did knowingly conspire, confederate and agree together with each other to commit offenses against the United States of America, to wit, violations of Title 18, United States Code, Sections 2312 and 2313, that is interstate transportation of a stolen motor vehicle and possession of a stolen motor vehicle.

## THE OBJECT OF THE CONSPIRACY

The primary object of the conspiracy was to obtain and subsequently possess stolen motor vehicles to sell them. To accomplish this objective, the Defendants stole a motor vehicle and then traveled in interstate commerce possessing the stolen motor vehicle. The overall activity involved the theft of approximately $74,000.00 worth of motor vehicles.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object there of, the Defendants performed or caused to be performed the following overt acts, among others, in the Southern District of Georgia, and elsewhere:

The allegations contained in Counts Two and Three of this Indictment are alleged and incorporated as though fully set forth herein as separate over acts.

The conspiracy set forth herein and the above described over acts all in violation of Title 18, United States Code, Section 371.

## COUNT TWO
*Interstate Transportation of Stolen Motor Vehicle*
18 U.S.C. § 2312

On or about May 18, 2024, until on or about November 15, 2024, in Jenkins County, in the Southern District of Georgia, and elsewhere, the Defendants,

**MARCIAL DIAZ SANCHEZ,
ISAIAH JOSEPH JAIMES,
and
RENE ARMANDO REYES VELASQUEZ,**

aided and abetted by each other and others unknown to the Grand Jury, did unlawfully transport in interstate commerce a stolen motor vehicle, that is a Blue 2023 GMC Sierra 2500 Pick-Up Truck, from the State of Texas to the State of Georgia, knowing the same to be stolen.

All in violation of Title 18, United States Code, Sections 2312 and 2.

## COUNT THREE
*Possession of Stolen Motor Vehicle*
18 U.S.C. § 2313

On or about November 15, 2024, in Jenkins County, in the Southern District of Georgia, the Defendants,

**MARCIAL DIAZ SANCHEZ,**
**ISAIAH JOSEPH JAIMES,**
and
**RENE ARMANDO REYES VELASQUEZ,**

aided and abetted by each other and others known and unknown to the Grand Jury, did possess a stolen motor vehicle, that is a Blue 2023 GMC Sierra 2500 Pick-Up Truck, which vehicle had crossed a State boundary after being stolen on May 18, 2024, in Farmers Branch, Texas, and subsequently brought into the State of Georgia, knowing the same to be stolen.

All in violation of Title 18, United States Code, Sections 2313 and 2.

A True Bill.

Foreperson

_____
Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel

_____
Margaret E. Heap
United States Attorney

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
*Co-lead Counsel

5