FILED
John E. Triplett, Clerk of Court
United States District Court

By jamesburrell at 6:26 pm, Sep 04, 2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: 6:25cr-15 |
| | ) | |
| v. | ) | 18 U.S.C. § 371 |
| | ) | Conspiracy |
| MARCIAL DIAZ SANCHEZ, | ) | |
| ISAIAH JOSEPH JAIMES, | ) | 18 U.S.C. § 2312 |
| and | ) | Interstate Transportation of |
| RENE ARMANDO REYES VELASQUEZ | ) | Stolen Motor Vehicle |
| | ) | |
| | ) | 18 U.S.C. § 2313 |
| | ) | Possession of Stolen Motor |
| | ) | Vehicle |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:** **Conspiracy**
18 U.S.C. § 371

- Not more than 5 years of imprisonment
- Not more than a $250,000 fine
- Not more than 3 years of supervised release
- $100 special assessment

**Count 2:** **Interstate Transportation of Stolen Motor Vehicle**
18 U.S.C. § 2312

- Not more than 10 years of imprisonment
- Not more than a $250,000 fine
- Not more than 3 years of supervised release
- $100 special assessment

**Count 3:** **Possession of a Stolen Motor Vehicle**
18 U.S.C. § 2313

- Not more than 10 years of imprisonment
- Not more than a $250,000 fine
- Not more than 3 years of supervised release
- $100 special assessment

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Marcela C. Mateo*

Marcela C. Mateo
Assistant United States Attorney